# Exhibit 1

TIME                                    1-800-7372345

① 

3:49 PM MAY – 16 – 2012        879 4563
10:03 AM MAY – 16 – 2012       313 879 4563
4:33 PM MAY – 17 – 2012 – 313-879 1752
4:37 PM MAY – 18 – 2012 – 313-879 1752
2:10 PM MAY 22 – 2012          313 879 4542
1:11 AM MAY 25 – 2012          313 879 4558
1:04 PM MAY 26 – 2012          313 905 5047
3:54 PM MAY 29 – 2012          313 – 879 1752
4:47 PM MAY 30 – 2012          313 – 879 4558
10:54 AM JUNE 8 – 2012         313 879 1754
4:51 PM JUNE 11 – 2012         313 879 4542
4:28 PM JUNE 12 – 2012         313 879 1752
2:39 PM JUNE 20 – 2012         313 – 879 4563
10:31 PM JUNE 21 – 2012        313 – 879 4542
2:42 PM JUNE 22 – 2012         313 879 1752
1:51 PM JUNE 29 – 2012         313 879 4558
1:00 PM JULY 3 – 2012          313 879 1754
1:12 PM JULY 3 – 2012          877 – 204 5580
6:11 PM JULY 5 – 2012          313 879 4563
7:11 AM JULY 6 – 2012          313 – 202 7622
4:14 PM JULY 10 – 2012         313 – 879 4563
3:26 PM JULY 12 – 2012              879 1752
11:55 AM JULY 16 – 2012        313 879 4542
   PM JULY 17 – 2012           313 – 879 1752    4:52 PM CALL
12:55 PM JULY – 18 – 2012      517 252 4579
4:33    JULY 18 – 2012         313 – 879 1754

Time

| Time | Contact | Number | Date |
|---|---|---|---|
| 10:40 AM | FF&G | 877-204-5580 | July 19-2012 |
| 3:19 PM | | 313-8794558 | July 19-2012 |
| 10:35 AM | | 313-8791754 | July 23-2012 |
| 10:48 AM | | 313-8794555 | July 24-2012 |
| 1:45 PM | | 313 486 3412 | July 29-2012 |
| 5:48 AM | | 313-486 3412 | July 29-2012 |
| 4:29 PM | | 313 4863412 | July 30-2012 |
| 5:52 PM | | 313 486 3412 | July 30-2012 |
| 7:20 PM | | 313 4863412 | July 30-2012 |
| 6:18 PM | | 313-4563412 | Aug 1-2012 |
| 12:48 PM | | 877 2045580 -FF&G | Aug 8-2012 |