UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JONATHAN BEARD,

    Plaintiff,

vs                                           Case No: 12-13603
                                                Hon. Victoria A. Roberts

FULTON FRIEDMAN & GULLACE, LLP,

    Defendant.

_____/

## NOTICE OF ERROR AND ORDER STRIKING DOCUMENT

The Stipulation and Order of Dismissal [dkt 14] was incorrectly filed and is STRICKEN.

Orders require the Judge's signature and must be submitted to the Court following the instructions in the User's Manual for emailing proposed orders. Counsel must resubmit the stipulation and proposed order through the Utilities function of CM/ECF.

                                                S/Victoria A. Roberts
                                                Victoria A. Roberts
                                                United States District Judge

Dated: 5/16/2013

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on 5/16/2013 .

s/Carol A. Pinegar
Deputy Clerk