**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Jonathan Beard,

    Plaintiff,                                           Case No.: 2:12-cv-13603

v.                                                      Hon.  Victoria A. Roberts

Fulton Friedman & Gullace, LLP

    Defendant.

| Law Offices of Brian P. Parker, P.C. | Fulton Friedman & Gullace, LLP |
|---|---|
| Brian P. Parker (P48617) | Elizabeth M. Smith (P63010) |
| Charles N. DeGryse (P72390) | Attorneys for Defendant |
| Attorneys for Plaintiff | PO Box 2036 |
| 30600 Telegraph Rd., Ste. 1350 | Warren, MI 48090 |
| Bingham Farms, MI 48025 | (586) 819-0175 |
| (248) 642-6268 | |

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the stipulation of the parties:

IT IS ORDERED that Plaintiff Jonathan Beard's claim against Defendant Fulton Friedman & Gullace, LLP is dismissed with prejudice.  The parties shall bear their own costs and fees and the case is closed.

IT IS SO ORDERED.

                                                              S/Victoria A. Roberts
                                                              United States District Judge

Dated: May 17, 2013

Stipulated as to entry:

| | |
|---|---|
| By: /s/ Brian P. Parker<br>LAW OFFICES OF BRIAN P. PARKER<br>Brian P. Parker (P48617)<br>Attorney for Plaintiff<br>30600 Telegraph Road<br>Suite 1350<br>Bingham Farms, Michigan 48025 | By: /s/ Elizabeth M. Smith<br>FULTON, FRIEDMAN & GULLACE, LLP<br>Elizabeth M. Smith (P63010)<br>Attorney for Defendant<br>PO Box 2036<br>Warren, MI 48090 |